MATTHEW J. KANE, Chief Justice.
JOHN B. TURNER, Vice Chief Justice
R. H. LOOFBOURROW,
FINIS E. RIDDLE,        } Justices.
W. R. BLEAKMORE,

## BRYAN v. UMHOLTS.

No. 3222.   Opinion Filed July 14, 1914.

(141 Pac. 1107.)

**APPEAL AND ERROR** — Presentation for Review—Briefs—Dismissal
Where an appeal is duly perfected, and the cause is assigned and regularly submitted, and then plaintiff in error fails to serve and file briefs as required by rule 7 (38 Okla. vi, 13ʳ Pac. ix) of this court, or to offer any excuse for not doing sᵉ such appeal will be presumed to have been abandoned, and wilℓ be dismissed for want of prosecution.

(Syllabus by Galbraith, C.)

*Error from District Court, Oklahoma County;*
*Geo. W. Clark, Judge.*

Action between Milton Bryan and F. M. Umholts. From an order overruling objections to the confirmation of a sale of real estate, and confirming the sale, Milton Bryan brings error. Dismissed.

*J. V. Cabell,* for plaintiff in error.

*Everest, Smith & Campbell,* for defendant in error.

Opinion by GALBRAITH, C. This is an appeal upon transcript from an order overruling objections to the confirmation of a sale of real estate, sold upon an order of sale issued in a mortgage foreclosure proceeding, and the order confirming such sale. The transcript was filed with the clerk of this court on October 28, 1911, and the cause was thereafter set for submission and regularly submitted. The plaintiff in error has failed to file and serve briefs as required by rule 7 (38 Okla. vi, 137 Pac. ix) of this court, or to offer any excuse for not doing so.

The appeal will be taken as abandoned, and should be dismissed for want of prosecution, and the costs taxed against the plaintiff in error.

By the Court: It is so ordered.